JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Anthony Tyrone Davis, | ) | Case No. 2:24-cv-04544-RGK-AGRx |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| Algernod Lanier Washington, et al., | ) | |
| Defendant(s). | ) | |

On September 3, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [15] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. Service of the Complaint on Defendants was to take place on or before August 28, 2024. No resonse to the OSC has been filed.  The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: September 24, 2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE